# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERIS BANK, a Georgia state-chartered banking corporation, doing business as BALBOA CAPITAL,<br><br>Plaintiff,<br><br>vs.<br><br>DESIGN REAL ESTATE SOLUTIONS, LLC, a Missouri limited liability company,<br><br>Defendant. | Case No. 8:25-cv-01770-JDE<br><br>[Assigned to the Hon. John D. Early]<br><br>**JUDGMENT** |

JUDGMENT
CASE NO. 8:25-cv-001770-JDE

## **JUDGMENT**

Based on the Order Granting the Motion of Plaintiff Ameris Bank, a Georgia state-chartered banking corporation, doing business as Balboa Capital ("Balboa"), for Default Judgment and Federal Rules of Civil Procedure Rule 55(b)(2),

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:

1. Judgment be entered in this matter, in favor of Balboa, and against defendant DESIGN REAL ESTATE SOLUTIONS, LLC, a Missouri limited liability company, in the total amount of **$153,130.21**; which is a sum of the following:

   a. Compensatory damages in the amount owed of $137,084.77 on the Equipment Financing Agreement ("EFA");

   b. Prejudgment interest in the total amount of $9,199.75, at the statutory rate of ten percent (10%) per annum, from the date of breach of the EFA to January 28, 2028;

   c. Attorneys' fees in the total amount of $6,341.69; and

   d. Costs in the amount of $504.00.

2. The Clerk is directed to enter this Judgment forthwith.

DATED: January 28, 2026

_____
JOHN D. EARLY
United States Magistrate Judge

2

JUDGMENT
CASE NO. 8:25-cv-01770-JDE